**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:04CR467** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **TIMOTHY A. KOLARS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion to extend time to file a statement regarding the Presentence Investigation Report (Filing No. 25).

IT IS ORDERED:

1.    The Defendant's motion to extend time to file a statement regarding the Presentence Investigation Report (Filing No. 25) is granted; and

2.    The Defendant shall comply with paragraph 6 of the Order on Sentencing Schedule on or before February 10, 2006.

DATED this 23rd day of January, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge