FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

06 FEB 10 PM 3:36

OFFICE OF THE CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:04CR467 |
| | ) | |
| Plaintiff, | ) | **ORDER FOR FILING UNDER** |
| v. | ) | **SEAL** |
| | ) | |
| TIMOTHY A. KOLARS, | ) | |
| | ) | |
| Defendant. | ) | |

For the reasons identified in the Defendant's Motion for Filing Under Seal,

IT IS ORDERED THAT such motion and the pleading identified therein shall be filed under seal.

DATED this 10th day of February, 2006.

United States District Judge